**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:09 am, May 24, 2022*
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-po-07006-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM BARELA,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about February 11, 2021, in the State and District of Colorado, the defendant, ADAM BARELA, knowingly and willfully did obstruct and retard the passage of the mail.

//

//

//

//

All in violation of Title 18, United States Code, Section 1701.

                                        COLE FINEGAN
                                        United States Attorney


                              By: s/ *Albert Buchman*
                                        Albert Buchman
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        1801 California St., Ste. 1600
                                        Denver, CO 80202
                                        Telephone: 303-454-0228
                                        Fax:  303-454-0406
                                        E-mail:  al.buchman@usdoj.gov
                                        Attorney for Government