| | |
|---|---|
| DEFENDANT: | Adam Barela |
| AGE/YOB: | 1986 |
| COMPLAINT FILED? | _____ Yes    ___x____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    __x No

| | |
|---|---|
| OFFENSE(S): | Counts 1: 18 U.S.C. § 1701, Obstruction of mails |
| LOCATION OF OFFENSE: | Larimer County, Colorado |
| PENALTY: | NMT 6 months imprisonment, NMT $5000 fine, or both, NMT one year supervised release, $10 SA |
| AGENT: | Misti Drager<br>Special Agent, U.S. Postal Service, Office of Inspector General |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x  five days or less; ___ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) or (2)

The statutory presumption of detention is not applicable to this defendant.