IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-po-07006-NRN

**UNITED STATES OF AMERICA**

    Plaintiff,

v.

**ADAM BARELA**

    Defendant.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:26 pm, Jun 15, 2022*
**JEFFREY P. COLWELL, CLERK**

## ENTRY OF APPEARANCE

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Defendant.

DATED this 15th day of June 2022

RESPECTFULLY SUBMITTED,

*/s/Troy D. Krenning*
Troy D. Krenning, Esq.
Law Office of Troy D. Krenning, LLC.
2908 Bent Drive
Loveland, Colorado 80538
Phone: (970) 292-8290
Troy@krenninglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of June 2022, I caused a true and accurate copy of the foregoing Entry of Appearance to be filed using the ECF system which will send notice to the following:

United States Attorney
Albert Buchman

*/s/Mandy Jones*
Paralegal