IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Criminal Action No: 22-po-07006-NRN-1 | Date: July 14, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| ADAM BARELA, | Troy Krenning |
| Defendant. | |

**COURTROOM MINUTES**

**CHANGE OF PLEA**

**10:08 a.m.    Court in session.**

Appearances of counsel.

Defendant is present with Counsel.

Defendant is 35 years old, alert, competent, literate, and sober.

Defendant's right to trial by jury and other constitutional rights explained.

Government provides a factual basis for the plea.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel. Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant enters plea of guilty to Count One (1) of the Information pursuant to the plea agreement.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

The Court finds the defendant has been fully and properly advised and understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment and acknowledges the factual basis.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by competent and effective counsel with whom he is satisfied.

**IT IS ORDERED** as follows**:**

1. That the plea of guilty to Count One (1) of the Information entered by the defendant is received, accepted and approved;

2. That defendant is found guilty of the crime charged in Count One (1) of the Information.

Defendant sentenced as reflected on the record.

**10:46 a.m.    Court in recess:**

Hearing concluded.

Total time:    00:38

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.