IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

_____ / 22-po-07006-NRN _____
Loc. Code: Case / Violation No.

**Government moves to dismiss**:

_____ / _____
Loc. Code: Case / Violation No.

THE UNITED STATES OF AMERICA,
Plaintiff,
v.

Adam Barela
Defendant(s),

**PLEA AGREEMENT – Fed. R. Crim. P. 11**

1. Defendant will plead guilty to these count(s)/violation(s):

   **Count 1**: 18 U.S.C. 1701

   **Count 2**: _____

2. The Government agrees to recommend the following sentence:

   a. **That Defendant completes the following and pays for all costs associated with:**

   [✓] Petty Theft Class        [ ] Level I Drug & Alcohol Awareness        [ ] Level II D&AA

   [ ] Domestic Violence Class        [ ] Anger Management

   Alcohol Therapy:
   [ ] Level A: 42 hrs. (≥ .20 BAC)        [ ] Level B: 52 hrs. (prior DWAI)
   [ ] Level C: 68 hrs. (prior DUI)        [ ] Level D: 86 hrs. (prior habitual)

   [ ] Conditions to be completed through a State Certified Program.

   [ ] Conditions to be completed through Adult/Youth Counseling Services in Colorado Springs, CO (719) 422-1779.

1

*Plea Agreement*
*Rev. 01/11/2022*

b. **Incarceration/Probation**

_____ Incarceration  ☐ (suspended)  __1 year__ Probation  ☑ (unsupervised)

c.
i. Fine(s): 300
ii. Special Assessment: 10
iii. Processing Fee of $30.00 per charge: ~~30~~

Subtotals: 340

TOTAL ~~340~~
310

d. **Community Service:** __50__ Hours
___ with 2 hours through Mothers Against Drunk Driving/Victim Impact Panel.

The Defendant can complete community service through:
☑ Front Range Community, Inc. (719) 442-2201.

☐ Army Community Services.

☐ Approved Location in Colorado.

☐ Approved location outside of Colorado (list state)_____.

e. **Other Conditions:**

Defendant will agree to restitution in the amounts of $100 (Victim T.B.) $25 (Victim B.E.), $25 (Victim S.E.), $100 (Victim L.G.), $20 (Victim N.B.) Fines and restitution are due [~~8/14/2022~~] USA will provide list of victim to clerk's office

f. Defendant must provide PROOF OF COMPLIANCE with the terms of this agreement as well as NOTICE OF ANY CHANGE OF ADDRESS or PHONE NUMBER to the following:

☐ Office of the Staff Judge Advocate
Attn: Magistrate Court Clerk
1633 Mekong Ave, Bldg. 6222
230 Fort Carson, CO 80913
Tel #: (719) 526-0055
Fax #: (719) 526-1357

☑ United States Attorney's Office
Attn: Magistrate Court Clerk
1801 California Street,
Ste. 1600
Denver, CO 80202
Tel #: (303) 454-0100
Fax #: (303) 454-0406

☐ Office of the Staff Judge Advocate
Attn: Magistrate Court Clerk
2304 Cadet Drive Suite 2100
USAF Academy, CO 80840
Tel #: (719) 333-3920
Fax #: (719) 333-3644

☐ Buckley Air Force Base
Attn: Magistrate Court Clerk
510 S. Aspen Street, Ste.,
Buckley AFB, CO 80011
Tel #: (720) 847-6970
Fax #: (720) 847-6934

2

*Plea Agreement*
*Rev. 01/11/2022*

3. Defendant understands that the above sentencing recommendation is not binding upon the Court and if the Court rejects the recommendation and imposes a sentence different from that recommended, Defendant will not be able to withdraw the plea of guilty. Fed. R. Crim. P. 11(e). Furthermore, should Defendant fail to appear for a future Court date, commit another criminal act, or fail to comply with any special term noted above, Defendant will be in violation of this Agreement and the Government may recommend whatever punishment it deems appropriate. Upon acceptance by the Court, neither party can withdraw from this agreement, regardless of whether the recommendation is followed. Fed. R. Crim. P. 11(e).

4. The conviction may cause the loss of civil rights, including but not limited to the rights to possess firearms, vote, hold elected office, and sit on a jury. A violation of the conditions of probation or supervised release may result in a separate prison sentence. If the defendant is an alien, the conviction could possibly lead to deportation.

5. Defendant understands that if a fine or restitution is imposed as part of his/her sentence, the defendant will be required to pay it in a timely manner. Failure to do so may trigger monetary penalties, collection efforts by the government, and potential revocation of any probation or supervised release.

6. Defendant acknowledges that the nature of the charges and the possible penalties have been explained to him/her and states that a factual basis exists for each charge to which he/she is pleading guilty.

7. Defendant understands that by pleading guilty, he/she is giving up the right, with the assistance of counsel; to plead not guilty, to confront, cross-examine, and compel the attendance of witnesses; to present evidence in his/her defense; to remain silent and refuse to be a witness against himself/herself by asserting the privilege against self-incrimination; and to be presumed innocent until proven guilty beyond a reasonable doubt.

8. Defendant understands that by entering a plea of guilty, he/she is waiving the right to trial and there will be no appellate review of the question of whether or not the defendant is guilty of the offense(s) to which he/she has pleaded guilty. The defendant understands that once this Court imposes its sentence following a plea of guilty, the defendant can only seek appellate review of the sentence imposed.

9. The court may order that the U.S. Probation Office (USPO) conduct a Pre-Sentence Investigation (PSI) and prepare a Report for the Court's use prior to sentencing. In the event the Court orders a PSI, the Defendant must cooperate with the USPO in connection therewith, including appearing in person for an interview if so directed, complying with all reasonable requests of the USPO, and providing all information requested by the USPO.

*Plea Agreement*
*Rev. 01/11/2022*

My decision to enter the plea(s) of guilty is made after full and careful thought and with full understanding of my rights, the facts and circumstances of the case, and the potential consequences of my plea(s) of guilty. I am not under the influence of any drugs, medication, or intoxicants which affect my decision-making ability while making the decision to enter my guilty plea(s).

Dated: 05/09/2022

COLE FINEGAN
UNITED STATES ATTORNEY

By: ALBERT BUCHMAN
Digitally signed by ALBERT BUCHMAN
Date: 2022.05.09 14:25:51 -06'00'
Assistant U.S. Attorney

**Albert Buchman**
Print Name

Dated: 7/11/22

_____
Defendant's Signature

_____ TROY KRENNING
Defense Counsel (if represented)

2925 W. Stuart St. Apt #3
Defendant's Address

Fort Collins, CO 80526
City, State, Zip Code

719-248-9618
Telephone Number

4

*Plea Agreement*
*Rev.*
*01/11/2022*

DEFENDANT: Adam Barela

AGE/YOB: 1986

COMPLAINT FILED? \_\_\_\_ Yes __x__ No

If Yes, MAGISTRATE CASE NUMBER _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? \_\_ Yes __x__ No

OFFENSE(S): Counts 1: 18 U.S.C. § 1701, Obstruction of mails

LOCATION OF OFFENSE: Larimer County, Colorado

PENALTY: NMT 6 months imprisonment, NMT $5000 fine, or both, NMT one year supervised release, $10 SA

AGENT: Misti Drager
Special Agent, U.S. Postal Service, Office of Inspector General

AUTHORIZED BY: Albert Buchman
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__x__ five days or less; \_\_\_ over five days

THE GOVERNMENT

\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) or (2)

The statutory presumption of detention is not applicable to this defendant.