**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** — Short Form |
|---|---|
| v. | CASE NUMBER: 22-po-07006-NRN |
| ADAM BARELA | ATTORNEY TROY KRENNING |

**THE DEFENDANT:** Pleaded guilty to count(s) 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18 U.S.C §1701 | OBSTRUCTION OF MAILS. | 02/11/2021 | 1 |

Defendant sentenced to: One (1) year unsupervised probation; Must complete a Petty Theft Class; Must complete fifty (50) hours Community Service at a location approved by the U.S. Attorney's Office; Must pay a fine of $300.00 and a Special Assessment of $10.00 for a total of $310.00. Must also pay restitution in the total amount of $270.00 to be allocated as follows: $100.00 - Victim T.B., $25.00 to Victim B.E., $25.00 to Victim S.E., $100.00 to Victim L.G. and $20.00 to Victim N.B. Payment of fine, special assessment and restitution are due 10/14/2022. When making payment Defendant should include his Case Number on his check or money order: 22-po-7006-NRN and make all payments payable as follows:

    Clerk, United States District Court
    Alfred A. Arraj United States Courthouse
    901 19th St., Room A 105
    Denver, CO 80294-3589

Defendant must provide proof of compliance and notice of change of address or phone number to the Office of the U.S. Attorney - Denver.

**MONETARY OBLIGATIONS**

    All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | | **Assessment** | **Fine** |
|---|---|---|---|
| **Total**: | $310.00 | $10.00 | $300.00 |

07/14/2022
Date of Imposition of Judgment

*N. Reid Neureiter* (signature)
Signature of Judicial Officer

N. Reid Neureiter, U.S. Magistrate Judge
Name & Title of Judicial Officer

07/14/2022
Date